# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02326-NYW

CORY BURNS and
KARLA BURNS,

      Plaintiffs,

v.

GUY LESLIE POHTO,

      Defendant.

## ORDER SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The Parties are expected to become familiar with the Pilot Program.

      IT IS ORDERED:

      The Parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the Parties or that consent has been declined, on or before:

**November 18, 2015**

DATED: October 26, 2015

                                                                                                 BY THE COURT:

                                                                                                 s/Nina Y. Wang_____
                                                                                                United States Magistrate Judge