IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-02326-REB-NYW | Date: | April 14, 2016 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| CORY BURNS, <br> KARLA BURNS, <br><br> **Plaintiffs,** <br><br> v. <br><br> GUY LESLIE POHTO, <br><br> **Defendant.** | *Gary L. Doehling* |

**COURTROOM MINUTES/MINUTE ORDER**

**EVIDENTIARY HEARING**

2:05 p.m.      Court in session.

Appearances of counsel. Mr. Doehling and all witnesses appear by videoconference in Grand Junction.

Evidence presented on Plaintiff's Motion for Default Judgment [19] filed January 5, 2016.

Plaintiff's witness, Cory Burns, called and sworn.

2:08 p.m.      Direct examination of Mr. Burns by Mr. Doehling.
               **Exhibits 3, 4, 5, 6, 7, 8, and 9, are admitted.**

2:43 p.m.      Witness excused.

Plaintiff's witness, Karla Burns, called and sworn.

2:43 p.m.      Direct examination of Mrs. Burns by Mr. Doehling.

3:03 p.m.        Witness excused.

Plaintiff's witness, Jeffrey Carpenter, called and sworn.

3:03 p.m.        Direct examination of Mr. Carpenter by Mr. Doehling.

3:12 p.m.        Witness excused.

Plaintiff's witness, JoAnn Carpenter, called and sworn.

3:12 p.m.        Direct examination of Mrs. Carpenter by Mr. Doehling.

3:18 p.m.        Witness excused.

Plaintiff's witness, Katie Himes, called and sworn.

3:18 p.m.        Direct examination of Ms. Himes by Mr. Doehling.

3:20 p.m.        Witness excused.

Argument held on Plaintiff's Motion for Default Judgment [19] filed January 5, 2016.

**ORDERED: Plaintiff's Motion for Default Judgment [19] is TAKEN UNDER ADVISEMENT. A written Recommendation shall issue.**

3:35 p.m.        Court in recess.        Hearing concluded.        Total time in court: 01:30